**Kirk R. CARTER, Jr., Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 06–3111.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

RADER, Circuit Judge, ARCHER, Senior Circuit Judge, and PROST, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**In re: Sharp Kabushiki KAISHA (also trading as Sharp Corporation).**

No. 2006–1322.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2006.

MAYER, SCHALL, and GAJARSA, Circuit Judges.

## Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.